**12**

FRANKLIN FIRE INS. CO. et al. v. GUARANTY STATE BANK et al. (Supreme Court of Texas. Nov. 19, 1924.) For opinion of Court of Civil Appeals, see 262 S. W. 769.

PER CURIAM. Writ of error refused. Since, under any proper view of the law, the

automobile was charged with a valid lien in favor of the bank, no other judgment could have been rendered than one adjudging the proceeds of the insurance policy to the bank and denying any recovery to Mrs. Brazile and husband. Hall v. Decherd, 62 Tex. Civ. App. 426, 131 S. W. 1133; Lynch v. Elkes, 21 Tex. 230; Pitts v. Elsler, 87 Tex. 347, 28 S. W. 518; Speer's Law of Marital Rights in Texas, pp. 225–232. The Court of Civil Appeals having rendered the right judgment, the writ of error is refused, regardless of the correctness of all the expressions in its opinion.